```
   UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 23081
   KIRK WARD
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-1591


--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/09/07 .

     2.  The case was dismissed without confirmation, 07/25/2008.

     3.  The Debtor paid a total of $   3575.00 .

     4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------------
NATIONAL CITY MORTGAGE     CURRENT MORTG         .00            .00              .00
NATIONAL CITY MORTGAGE     MORTGAGE ARRE  NOT FILED             .00              .00
NATIONAL CITY MORTGAGE     SECURED               .00            .00              .00
NATIONAL CITY MORTGAGE     MORTGAGE ARRE  NOT FILED             .00              .00
HSBC MORTGAGE SERVICES     CURRENT MORTG         .00            .00              .00
AMERITECH                  UNSECURED      NOT FILED             .00              .00
COMED                      UNSECURED      NOT FILED             .00              .00
NICOR GAS                  UNSECURED      NOT FILED             .00              .00
          Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED     PRIORITY   UNSECURED       OTHER          TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00         .00          .00            .00
PRINCIPAL PAID         .00          .00         .00          .00            .00
INTEREST PAID          .00          .00         .00          .00            .00
TOTAL PAID             .00          .00         .00          .00            .00
The Debtor's attorney, CHARLES R WOLF & ASSOC         , was allowed $   3100.00
and was paid $    600.00   direct and $   2500.00   through the plan.

The Trustee received $    153.93 .

Refunds to the Debtor totaled $    921.07 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 10/08/08                     /S/
                                    GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 07 B 23081 KIRK WARD